## In The United States District Court
## Northern District Of Illinois, Eastern Division

| | |
|---|---|
| William Haupt, Jr.,<br><br>    Plaintiff,<br><br>vs.<br><br>American Family Mutual Insurance Company,<br>a Wisconsin Corporation,<br><br>    Defendant. | No. 82 C 700<br>Judge James B. Zagel<br>Magistrate Judge Schenkier |

### NOTICE OF MOTION

To:    Clifford W. Horwitz/Michael D. Carter
        Jay R. Luchsinger/Gary P. Annes
        Horwitz Horwitz & Associates
        25 East Washington Street, Suite 900
        Chicago, Illinois 60602

On Thursday, March 6, 2008 at 10:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or any Judge sitting in his stead, in courtroom 2503 usually occupied by him in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant Motion for Leave to File Its Answer and Affirmative Defenses to Plaintiff's Complaint at Law**, *instanter*, a copy of which is attached hereto and served upon you.

| | |
|---|---|
| Name:     Hinshaw & Culbertson LLP | Attorneys For: Defendant(s) |
| Address:   222 N. LaSalle St. - Ste. 300 | City:     Chicago |
| Telephone: (312) 704-3000 | Atty ID No. 90384 |

### PROOF OF SERVICE BY MAIL/FAX/DELIVERY

    I, a non-attorney, on oath state that I served the aforesaid document to All Counsel of Record (See Attached Service List) by depositing same in the U.S. Mail at 222 North LaSalle Street, Chicago, Illinois at or before 5:00 p.m. on February 26, 2008.

Under 28 U.S.C. §1746, this declaration under penalty of perjury has the same force and effect as a sworn declaration made under oath.

