## In The United States District Court
## Northern District Of Illinois, Eastern Division

| | |
|---|---|
| William Haupt, Jr. | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 82 C 700 |
| vs. | ) Judge James B. Zagel |
| | ) Magistrate Judge Sidney I. Schenkier |
| American Family Mutual Insurance Company, a | ) |
| Wisconsin Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### Defendant's Motion for Leave to File its Answer and Affirmative Defenses to Plaintiff's Complaint at Law *INSTANTER*

Now Comes the defendant, American Family Mutual Insurance Company ("AFMIC"), a Wisconsin Corporation, by and through its attorneys, James M. Hofert and David Sorensen, of the law firm of Hinshaw & Culbertson LLP, moves this Honorable Court for leave to file its Answer and Affirmative Defenses to Plaintiff's Complaint at Law, *instanter*, and in support states as follows:

1. This matter was initially filed in the Circuit Court of Cook County on January 11, 2008.

2. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants timely filed a petition for Removal of this matter to the United States District Court of the Northern District of Illinois, Eastern Division on January 31, 2008.

3. Defendant has attached a copy of its proposed Answer and Affirmative Defenses to Plaintiff's Complaint at Law as **Exhibit A.**

4. Granting this Motion will not prejudice any party.

5. This Motion is not being brought for dilatory purposes or for purposes of delay.

WHEREFORE, Defendant, American Family Mutual Insurance Company respectfully requests that this Honorable Court grant him leave to file his Answer and Affirmative Defenses to Plaintiff's Complaint at Law *instanter*.

Respectfully Submitted,

**Hinshaw & Culbertson LLP**

By: _____
Attorneys for Defendant
**American Family Mutual Insurance Company**

James M. Hofert
David A. Sorensen
**Hinshaw & Culbertson LLP**
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000/Fax: 312 704-3001
jhofert@hinshawlaw.com
dsorensen@hinshawlaw.com

6286173v1 824918