## In The United States District Court
## Northern District Of Illinois, Eastern Division

| | |
|---|---|
| William Haupt, Jr.<br>    Plaintiff,<br><br>vs.<br><br>American Family Mutual Insurance Company,<br>a Wisconsin Corporation,<br>    Defendant. | )<br>)<br>)<br>)<br>)  No. 1:08-CV-00700<br>)  Judge James B. Zagel<br>)  Magistrate Judge  Schenkier<br>)<br>) |

### CERTIFICATE OF SERVICE

    The undersigned being first duly sworn on oath deposes and says that he/she served the above and foregoing Defendant American Family Insurance Company's Interrogatories and Request for Production of Documents Directed to Plaintiff, by way of depositing a true and correct copy thereof in a sealed envelope, first class postage prepaid, in the U.S. Mail Chute at 222 North LaSalle Street, Suite 300, Chicago, Illinois 60601, at or before 5:00 p.m. on March 10, 2008 to All Counsel of Record as listed below:

    √    A copy of the Certificate of Service Only via electronic transmission to Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 and to All Counsel of Record as listed below, at or before 5:00 p.m. on March 10, 2008.

| | |
|---|---|
| **Attorneys For Plaintiff**<br>**Telephone: 312/372-8822**<br>**Fax:: 312/372-1673**<br>cliff@horwitzlaw.com | Clifford W. Horwitz<br>Michael D. Carter<br>Jay R. Luchsinger<br>Gary P. Annes<br>Horwitz Horwitz & Associates<br>25 East Washington Street, Suite 900<br>Chicago, Illinois 60602 |

**Under 28 U.S.C. §1746, this declaration under penalty of perjury has the same force and effect as a sworn declaration made under oath.**

                                                      **Hinshaw & Culbertson LLP**
                               By:    /s/ James M. Hofert

James M. Hofert/David A. Sorensen
**Hinshaw & Culbertson LLP**
222 North LaSalle Street – Ste. 300
Chicago, Illinois 60601-1081
(312) 704-3000/Fax: (312) 704-3001
jhofert@hinshawlaw.com
dsorensen@hinshawlaw.com