**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM HAUPT, JR.         ) | |
| )                          | |
| Plaintiff,           ) | |
| )                          | No. 08-CV-00700 |
| vs.                        ) | Honorable |
| )                          | |
| AMERICAN FAMILY MUTUAL INSURANCE ) | |
| COMPANY, a Wisconsin Corporation, ) | |
| )                          | |
| Defendant            ) | |
| )                          | |

**Certificate of Service**

The undersigned being first duly sworn on oath deposes and says that he/she served the above and foregoing Plaintiff William Haupt, Jr.'s Interrogatories and Request for Production of Documents Directed to Defendant, by way of depositing a true and correct copy thereof in a sealed envelope, first class postage prepaid, in the U.S. Mail Chute at 25 E. Washington Suite 900, Chicago, IL, 60602, at or before 5:00 p.m. on March 13, 2008 to All Counsel of Record listed below:

√    A copy of the Certificate of Service Only via electronic transmission to Clerk of The U.S. District Court, North District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 and to All Counsel of Record as listed below, at or before 5:00 p.m. on March 10, 2008.

| | |
|---|---|
| Attorneys For Defendant | David A. Sorensen |
| Telephone: 312/704-3000 | James M. Hofert |
| Fax: 312/704-3001 | Hinshaw & Culbertson LLP |
| dsorensen@hinshawlaw.com | 222 North LaSalle St. Ste 300 |
| | Chicago, Illinois 60602 |

**Under 28 U.S.C. § 1746, this declaration under penalty of perjury has the same force and effect as a sworn declaration made under oath.**

                                               **Horwitz, Horwitz & Associates**
                               **By:**    /s/ Clifford W. Horwitz

Clifford W. Horwitz
**HORWITZ, HORWITZ AND ASSOCIATES, LTD.**
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822, fax: (312) 372-1673
cliff@horwitzlaw.com