## In The United States District Court
## Northern District Of Illinois, Eastern Division

| | |
|---|---|
| William Haupt, Jr. )<br> )<br>    Plaintiff, )<br> )<br>         vs. )<br> )<br>American Family Mutual Insurance Company, )<br>a Wisconsin Corporation, )<br> )<br>    Defendant. )<br> ) | No. 1:08-CV-00700<br>Judge James B. Zagel<br>Magistrate Judge Schenkier |

## Affidavit of Electronic Service

The undersigned being first duly sworn on oath deposes and says that he/she served the above and foregoing Defendant American Family Insurance Company's Answer and Affirmative Defenses to Plaintiff's Complaint at Law. By way of electronic transmission to Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 and to All Counsel of Record as listed below, at or before 5:00 p.m. on March 27, 2008.

| **Attorneys For Plaintiff**<br>**Telephone: 312/372-8822**<br>**Fax:: 312/372-1673**<br>cliff@horwitzlaw.com | Clifford W. Horwitz<br>Michael D. Carter<br>Jay R. Luchsinger<br>Gary P. Annes<br>Horwitz Horwitz & Associates<br>25 East Washington Street, Suite 900<br>Chicago, Illinois 60602 |
|---|---|

**Under 28 U.S.C. §1746, this declaration under penalty of perjury has the same force and effect as a sworn declaration made under oath.**

                                            **Hinshaw & Culbertson LLP**
                             By:    /s/James M. Holfert

James M. Hofert/David A. Sorensen
**Hinshaw & Culbertson LLP**
222 North LaSalle Street – Ste. 300
Chicago, Illinois 60601-1081
(312) 704-3000/Fax: (312) 704-3001
jhofert@hinshawlaw.com
dsorensen@hinshawlaw.com