## In The United States District Court
## Northern District Of Illinois, Eastern Division

| | |
|---|---|
| William Haupt, Jr.,                        )<br>                                            )<br>         Plaintiff,                        )<br>                                            )  No. 1:08-CV-00700<br>    vs.                                     )  Judge James B. Zagel<br>                                            )  Magistrate Judge Schenkier<br>American Family Mutual Insurance Company,   )<br>a Wisconsin Corporation,                    )<br>                                            )<br>         Defendant.                         )<br>                                            ) | |

### NOTICE OF FILING

To:   Clifford W. Horwitz
      Horwitz Horwitz & Associates
      25 East Washington Street, Suite 900
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on the 27th day of March 2008, we caused to be filed with the clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant's Answer to Plaintiff's Complaint at Law and Affirmative Defenses, a copy of which is herewith attached and served upon you.

| | | | |
|---|---|---|---|
| **Name:** | James M. Hofert/David A. Sorensen | | |
| | Hinshaw & Culbertson | **Attorneys For:** | American Family |
| **Address:** | 222 N. LaSalle St. | **City:** | Chicago |
| **Telephone:** | (312) 704-3000 | | |

### PROOF OF SERVICE BY MAIL/FAX/DELIVERY

I, a non-attorney, on oath state that I served the aforesaid document to All Counsel of Record (See Attached Service List) via email transmission, and via depositing same in the U.S. Mail at 222 North LaSalle Street, Chicago, Illinois at or before 5:00 p.m. on March 27, 2008.

Under penalties as provided by law pursuant to Federal Court Rule 28 USC Sec. 1746, I certify that the statements set forth herein are true and correct.

_____
**SIGNATURE**

5950546v1 855998
6301265v1 824918